## (December 29, 1959)

■ WILLIAM L. DARROW, Respondent, v. LEONARD ENGEL, Defendant, and FRANCIS T. WRING, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ. Motion for reargument on the question of damages only, for clarification and for an extension of time to stipulate to reduce the verdict. Motion for reargument and clarification denied, without costs. Motion for an extension of time granted. Respondent's time to stipulate is extended to 10 days after the entry of the order hereon. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of the Application of ALEXANDER R. BALDWIN for Reinstatement to the Bar, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.— Motion for reinstatement to the Bar or to vacate order entered February 26, 1940 revoking petitioner's admission to the Bar and to grant permission to file a new application for admission. Motion denied. Present — Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

■ JOSEPH B. KELLY et al., Respondents, v. EDWARD V. WALSH, JR., et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed. An order of reference to hear and report is not appealable. (*Ambassador Realty Co.* v. *Nicolay,* 1 A D 2d 972 and cases there cited.) Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ BENTON PACKAGING, INC., Respondent, v. ALLIED CONVERTERS, INC., et al., Defendants, and JOHN HOY, as Sheriff of the County of Westchester, Appellant.— In an action by a judgment creditor to recover damages for the alleged negligent failure to levy upon the assets of a judgment debtor (1st cause of action), and for other relief, the appeal is from an order denying appellant's motion for summary judgment dismissing the first cause of action. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.

■ CHAIN LOCATIONS OF AMERICA, INC., Respondent, v. COUNTY OF WESTCHESTER et al., Appellants, et al., Defendant.— Appeal from a judgment decreeing that respondent has a certain right of way easement, and enjoining appellants from interfering with it. Judgment unanimously affirmed, with costs, on the opinion at the Special Term (20 Misc 2d 411). (See, also, *Potter* v. *Iselin,* 31 Hun 134; *Allendorf* v. *Daily,* 6 Ill. 2d 577; *Graham* v. *Walker,* 78 Conn. 130; 3 Tiffany, Real Property [3d ed.], § 762; cf. *Cady* v. *Springfield Water Works Co.,* 134 N. Y. 118; *Plattsburg Gas & Elec. Co.* v. *Miller,* 123 Misc. 651.) Present — Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ.

■ LLOYD DAYS, an Infant, by His Guardian ad Litem, JOHN DAYS, et al., Respondents, v. NATIONAL DAIRY RESEARCH LABORATORY, INC., Appellant, et al., Defendant.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from a judgment, entered on a jury's verdict, in favor of respondents against appellant. Judgment unanimously affirmed, with costs. Under all the circumstances it is our opinion that the error, if any, in the conduct of the trial did not affect or prejudice any substantial right of the appellant. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.